# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BENJAMIN ARTHUR LANGS, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-22-458-G |
| | ) |
| **OKLAHOMA CRIME,** | ) |
| **VICTIMS COMPENSATION,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

Magistrate Judge Suzanne Mitchell issued a Report and Recommendation ("R. & R.") in this matter on June 6, 2022 (Doc. No. 4). Judge Mitchell recommends that the Court: 1) deny Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 2); 2) order Plaintiff to make monthly payments of $50.00 until the full filing fee is paid; and 3) dismiss this action without prejudice if Plaintiff fails to make his first payment within 21 days of the date of this Order. Plaintiff has not filed a written objection to the R. & R. within the allotted time period or requested additional time to object.

Accordingly, the Court ADOPTS the R. & R (Doc. No. 4). Consistent with Judge Mitchell's recommendation, Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 2) is DENIED, and Plaintiff is DIRECTED to make his first $50.00 payment within 21 days of the date of this Order. Failure to pay the filing fee within the time prescribed shall be cause for dismissal of this action without prejudice. *See* LCvR 3.3(e).

IT IS SO ORDERED this 4th day of August, 2022.

_Charles B. Goodwin_
CHARLES B. GOODWIN
United States District Judge
